THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPRICE JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　Defendant. | CASE NO. C20-5208-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulated motion to extend the initial expert disclosure deadline (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that the parties' deadline to disclose expert testimony under Federal Rule of Civil Procedure 26(a)(2) is extended to March 1, 2021.

//

//

//

//

MINUTE ORDER
C20-5208-JCC
PAGE - 1

DATED this 14th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk