THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPRICE JOHNSON, | CASE NO. C20-5208-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery cutoff and discovery-related motions deadline (Dkt. No. 20). Having thoroughly considered the stipulated motion and the relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that the parties' deadline for completing discovery is extended from March 15, 2021 to May 14, 2021 and the deadline for filing discovery-related motions is extended from February 22, 2021 to March 22, 2021 to allow State Farm to possibly file a motion to quash and/or modify subpoenas served on February 23, 2021. The Court further ORDERS that within 14 days of the date of this order, counsel for the parties must propose an updated case schedule governing the remaining deadlines contemplated by the Court's

ORDER
C20-5208-JCC
PAGE - 1

1  scheduling order.[1]

2          DATED this 16th day of March 2021.

3                                          William M. McCool
                                           Clerk of Court
4
                                           s/Paula McNabb
5                                          Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
_____

[1] The parties' stipulated motion indicates that State Farm is awaiting the Court's order on its
motion for a Rule 35 exam. (Dkt. No. 20 at 2.) On March 10, 2021, the Court issued an order
granting State Farm's motion, ordering Ms. Johnson to submit to a Rule 35 examination on
25  March 25, 2021, and setting forth some specifications for the examination. (Dkt. No. 19.)
Pursuant to that order, the parties are required to confer and submit a stipulation containing the
26  remaining necessary specifications required by Rule 35(a)(2)(B) by March 17, 2021. (*Id.* at 5.)

ORDER
C20-5208-JCC
PAGE - 2