THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPRICE JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　Defendant. | CASE NO. C20-5208-JCC<br><br>ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' proposed stipulated order setting case scheduling deadlines (Dkt. No. 24). Having thoroughly considered the stipulation and the relevant record, and finding good cause, the Court CONTINUES the deadline for filing dispositive motions from April 13, 2021 to May 21, 2021. The trial date and all other deadlines remain in place.

//

//

//

//

DATED this 2nd day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
