UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPRICE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO. C20-5208-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of settlement filed by Defendant (Dkt. No. 28). According to the notice, all claims against all parties in this action have been resolved. (*Id.*) Within 45 days of the date of this order, the parties must file a stipulated dismissal or a joint status report. The Clerk is DIRECTED to vacate the trial date and case management deadlines and statistically close this case pending the parties' completion of the settlement.

//

//

//

//

MINUTE ORDER
C20-5208-JCC
PAGE - 1

1 DATED this 7th day of June 2021.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk